**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ather ALI, Defendant–Appellant.**

**No. 11–50008.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 14, 2012.

Frank Phillip Cihlar, Esquire, Senior Counsel, Joseph A. Rillotta, Esquire, Gregory Victor Davis, Alexander Patrick Robbins, U.S. Department of Justice, Washington, DC, Charles E. Pell, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Mark Yanis, Huntington Beach, CA, for Defendant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Ather Ali appeals from his 37–month sentence for conspiracy to defraud the United States, in violation of 18 U.S.C. § 371. We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Ali contends that he was denied effective assistance of counsel at sentencing. We are precluded from considering the merits of Ali's claim by a valid appeal waiver in which Ali gave up his right to pursue a direct appeal of his sentence. *See United States v. Nunez*, 223 F.3d 956, 959 (9th Cir.2000) ("[O]ne waives his right to argue ineffective assistance of counsel at sentencing on direct appeal when one waives the right to appeal the sentence.") We dismiss Ali's appeal of the sentence in light of his valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Ali's motion to expedite is denied as moot.

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.